M.D. Appeal Dkt.
66 2016

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JEAN LOUISE VILLANI, INDIVIDUALLY
AND IN HER CAPACITY AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
GUERINO VILLANI, DECEASED

    v.

JOHN SEIBERT, JR. AND MARY
SEIBERT

FREDERICK JOHN SEIBERT, JR. AND
MARY SEIBERT

    v.

JEAN LOUISE VILLANI AND THOMAS D.
SCHNEIDER

PETITION OF: MARY SEIBERT AND
FREDERICK JOHN SEIBERT, JR.

: No. 11 MM 2016

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of June, 2016, the Application for Leave to File Supplemental Answer and the Petition for Permission to Appeal are **GRANTED**.

    The issue on appeal, as framed by Petitioners, is:

Did the trial court err when it held that the Dragonetti Act, 42 Pa.C.S. §8351 *et seq.*, is an unconstitutional infringement upon the Supreme Court's authority to regulate the conduct of attorneys under Article V, §10(c) of the Pennsylvania Constitution such that attorneys are immune from suit for Wrongful Use of Civil Proceedings?

The Prothonotary is **DIRECTED** to provide notice of this order to the Office of Attorney General. *Cf.* Pa.R.A.P. 521(a) (providing that the Attorney General shall be notified of an appellate court matter which "draws in question the constitutionality of any statute").